```
CHAPMAN, POPIK & WHITE, LLP
John Heller, State Bar No. 129901
Jonathan Gregory, State Bar No. 215003
650 California Street, 19th Floor
San Francisco, CA  94108
Telephone: (415) 352-3000
Facsimile:  (415) 352-3030

Attorneys for Defendant
REFINER PRODUCTS MANUFACTURING, INC.
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRAPINE, a California Limited Partnership,<br><br>    Plaintiff,<br><br>v.<br><br>REFINER PRODUCTS MANUFACTURING, INC., a North Carolina Corporation, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 2:08-cv-02144-MCE-DAD<br><br>**AMENDED** STIPULATION TO PERMIT PLAINTIFF TO FILE FIRST AMENDED COMPLAINT AND EXTEND DEADLINE FOR COMPLETION OF DISCOVERY; AND ORDER THEREON<br><br>Complaint Filed:  August 4, 2008 |

WHEREAS plaintiff SierraPine desires to file an amended complaint in the form attached as Exhibit 1, defendant Refiner Products Manufacturing has agreed to stipulate to such amendment, without conceding the viability of any claims for relief, provided that the discovery deadline is extended to permit sufficient time to conduct needed discovery on existing and newly-added claims.

ACCORDINGLY, the parties hereby stipulate, subject to approval by the Court, that SierraPine may file its first amended complaint, as attached on Exhibit 1, and the deadline for

Page 1

PDF created with pdfFactory trial version www.pdffactory.com

completion of non-expert discovery shall be extended by 60 days to and including December 23, 2009.

Dated: September __, 2009        DUN & MARTINEK, LLP


                                 By:_____
                                    Shelley C. Addison
                                    Attorneys for Plaintiff SIERRAPINE, A
                                    CALIFORNIA LIMITED PARTNERSHIP.


Dated: September __, 2009        CHAPMAN, POPIK & WHITE, LLP


                                 By:_____
                                    John G. Heller
                                    Attorneys for Defendant REFINER PRODUCTS
                                    MANUFACTURING, INC.


## ORDER

Pursuant to the stipulation of both parties, it is hereby ORDERED that SierraPine may file its first amended complaint, as attached on Exhibit 1, and the deadline for completion of non-expert discovery shall be extended by 60 days to and including December 23, 2009. Given that extension, the date for completion of expert testimony is extended to February 23, 2010, and the last day on which dispositive motions may be heard is April 23, 2010. The dates already established for the final pretrial conference, and for trial, remain unchanged.

DATED: October 6, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE