IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SIERRAPINE, a California
Limited Partnership,

        Plaintiff,                  No. CIV S-08-2144 MCE DAD

    v.

REFINER PRODUCTS
MANUFACTURING, INC.,          ORDER

        Defendant.
_____/

        On December 11, 2009, a telephonic discovery conference was held at the request of both parties. Shelley C. Addison appeared on behalf of plaintiff and John G. Heller appeared on behalf of defendant.

        The subject of the discovery conference was the deposition of third-party witness Carlo Morrocco noticed by plaintiff and scheduled for December 15, 2009. Counsel appearing at the discovery conference reported that they had been advised by counsel for witness Morrocco's employer that he would invoke the presumptive 7 hour rule set forth in Federal Rule of Civil Procedure 30(d). Counsel for plaintiff and defendant sought the court's guidance regarding how the available time should be allotted to each counsel at the deposition in light of the perceived important nature of the testimony of Mr. Morrocco in this litigation.

1    The court is informed that not only is Mr. Morrocco an important witness in this
2 action but that plaintiff may designate him as a non-retained expert.  Moreover, it is unclear
3 whether Mr. Morrocco will be available as a witness at the trial of this action.  If not, his
4 deposition testimony may be introduced in lieu of live testimony at trial.  Under these
5 circumstances, it is clear to the court that additional time, over and above 7 hours, is needed by
6 the parties to fairly examine the deponent.  For that reason and pursuant to Federal Rule of Civil
7 Procedure 30(d)(1), the court finds good cause and hereby orders that Mr. Morrocco's deposition
8 be extended to no more than 9 hours of actual deposition.  That 9 hours of actual deposition time
9 shall be apportioned, if necessary to complete the deposition within those 9 hours, to 5 1/2 hours
10 to plaintiff's counsel and 3 1/2 hours to defendant's counsel.
11    IT IS SO ORDERED.
12 DATED: December 11, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

17 DAD:kw
Ddad1/orders.civil/sierrapine2144.oah.121109