1  CHAPMAN, POPIK & WHITE
   John G. Heller (State Bar No. 129901)
2  Jonathan Gregory (State Bar No. 215003)
   650 California Street, 19th Floor
3  San Francisco, CA  94108
   Telephone: (415) 352-3000
4  Facsimile: (415) 352-3030

5  Attorneys for Defendant
   REFINER PRODUCTS MANUFACTURING
6  LTD.

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11

12 SIERRAPINE, a California Limited      )   No.  2:08-cv-02144-MCE-DAD
   Partnership,                          )
13                                       )   STIPULATION AND  ORDER TO
          Plaintiff,                     )   EXTEND RULE 26 EXPERT AND
14                                       )   MOTION DEADLINES
   v.                                    )
15                                       )
   REFINER PRODUCTS                      )
16 MANUFACTURING, INC., a North Carolina )
   Corporation                           )
17                                       )
          Defendant.                     )
18 _____)

19

20        The parties hereby stipulate, subject to approval by the Court, to extend the deadline for

21 disclosure of expert testimony and reports pursuant to Federal Rule of Civil Procedure, Rule

22 26(a)(2).  The new deadline for initial disclosure and reports shall be February 26, 2010, and

23 supplemental disclosures and reports shall be due on March 19, 2010.  This extension is

24 warranted because the issues in this case are technically complex, and the depositions that have

25 been necessary to develop and understand the issues in this case have just been taken, and

26 continue to be taken.  Plaintiff has recently revised the amount of its claim for damages

---

1

associated with alleged plant downtime, and is now producing documents and summaries that set forth those revised amounts, and defendant needs time to analyze, evaluate, and take discovery on such revised damages claims.  The retained experts of the parties will need to incorporate the testimony of the witnesses who have and will be deposed into their findings and analysis, in order to ensure that expert disclosure and discovery is conducted in an orderly fashion.  Trial has been continued by court order to January 2012.

In connection with this extension, the parties also stipulate that depositions may continue to be taken through February 5, 2010.  And they further stipulate, subject to Court approval, to extend the deadline for motions to be heard in this matter to March 29, 2010.  This extension is necessary to ensure that any motions that arise out of the issues in the remaining discovery may be heard by the Court.

Dated: December 30, 2009            CHAPMAN, POPIK & WHITE

By:_____/s/_____
        John G. Heller
Attorneys for Refiner Products Manufacturing Inc.

Dated: December 31, 2009            DUN & MARTINEK

By:_____/s/_____
        Shelley Addison
Attorneys for SierraPine

**ORDER**

Pursuant to the stipulation   of the parties, IT IS SO ORDERED.

Dated:  January 7, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE