| | |
|---|---|
| 1 | CHAPMAN, POPIK & WHITE, LLP |
| | John Heller, State Bar No. 129901 |
| 2 | Duncan MacDonald, State Bar No. 148684 |
| | 650 California Street, 19th Floor |
| 3 | San Francisco, CA 94108 |
| | Telephone: (415) 352-3000 |
| 4 | Facsimile: (415) 352-3030 |

Attorneys for Defendant
REFINER PRODUCTS MANUFACTURING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRAPINE, a California Limited Partnership, | Case No.: 2:08-cv-02144-MCE-DAD |
| Plaintiff, | STIPULATION TO REVISE SCHEDULING ORDER TO ACCOMMODATE DISCOVERY REGARDING AMENDED CLAIMS FOR RELIEF; ORDER |
| v. | |
| REFINER PRODUCTS MANUFACTURING, INC., a North Carolina Corporation, and DOES 1-10, inclusive, | Complaint Filed: August 4, 2008<br>Trial Date: February 13, 2012 |
| Defendants. | |

Based on plaintiff's filing of the second amended complaint which contains new allegations and issues that must be explored through discovery, the parties hereby stipulate and agree through their counsel of record, subject to Court approval, to revise and extend certain deadlines as follows:

| | |
|---|---|
| Non-Expert Discovery Cut-Off (written discovery and depositions): | May 14, 2010 |
| Expert Disclosure Deadline: | July 1, 2010 |
| Supplemental Expert Disclosure Deadline: | August 15, 2010 |

Page 1

| | |
|---|---|
| Deadline for Expert Depositions: | September 30, 2010 |
| Motion Cut-Off Date (last day for hearings on motions): | November 24, 2010 |

Dated: March 9, 2010          DUN & MARTINEK, LLP


                              By:___/s/ Shelley Addison_____
                                    Shelley C. Addison
                                    Attorneys for Plaintiff SIERRAPINE, A
                                    CALIFORNIA LIMITED PARTNERSHIP.


Dated: March 9, 2010          CHAPMAN, POPIK & WHITE, LLP


                              By:____/s/ John Heller_____
                                    John G. Heller
                                    Attorneys for Defendant REFINER PRODUCTS
                                    MANUFACTURING, INC.

**ORDER**

Based on the stipulation of the parties and good cause appearing,

IT IS ORDERED that the stipulated deadlines listed above are approved and incorporated as revised into the scheduling order in this matter.

Dated: March 10, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE