CHAPMAN, POPIK & WHITE, LLP
John Heller, State Bar No. 129901
Jonathan Gregory, State Bar No. 215003
650 California Street, 19th Floor
San Francisco, CA  94108
Telephone: (415) 352-3000
Facsimile:  (415) 352-3030

Attorneys for Defendant
REFINER PRODUCTS MANUFACTURING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRAPINE, a California Limited Partnership,<br><br>     Plaintiff,<br><br>v.<br><br>REFINER PRODUCTS MANUFACTURING, INC., a North Carolina Corporation, and DOES 1-10, inclusive,<br><br>     Defendants. | Case No.: 2:08-cv-02144-MCE-DAD<br><br>STIPULATION RE EXTENSION OF RULE 26 AND OTHER DEADLINES; PROPOSED ORDER<br><br>Complaint Filed:  August 4, 2008 |

Pursuant to Federal Rules of Civil Procedure, Rule 29, and to accommodate the trial calendars of counsel and the ongoing disclosure of information relevant to expert reports, the parties hereby stipulate, through their counsel of record, that the discovery and other deadlines associated with expert disclosures shall be extended by an additional 30 days as follows:

Deadline to disclose experts and their reports:                           August 2, 2010

Deadline to designate supplemental experts for rebuttal:   September 15, 2010

Deadline for expert depositions:                                                    October 29, 2010

Motion cut-off date:                                                                           December 23, 2010.

PDF created with pdfFactory trial version www.pdffactory.com

The parties do not anticipate that these extensions shall interfere with the Court's scheduling, since trial is not until February 2012.

Dated:  June 25, 2010          DUN & MARTINEK, LLP

                               By:____/s/ Shelley Addison_____
                                   Shelley C. Addison
                                   Attorneys for Plaintiff SIERRAPINE, A
                                   CALIFORNIA LIMITED PARTNERSHIP.

Dated:  June 25, 2010          CHAPMAN, POPIK & WHITE, LLP

                               By:_____/s/ John Heller_____
                                   John G. Heller
                                   Attorneys for Defendant REFINER PRODUCTS
                                   MANUFACTURING, INC.

## ORDER

Based on the stipulation of the parties and good cause appearing,

IT IS ORDERED that the deadline to designate in writing, file with the court and serve upon all other parties the name, address, and area of expertise of each expert that they propose to tender at trial along with a written report prepared and signed by the expert witness is August 2, 2010.  The new deadline for a party to designate a supplemental list of expert witnesses who will express an opinion on a subject covered by an expert designated by an adverse party is September 15, 2010.  The new deadline for completion of expert depositions is October 29, 2010.  The new motion cut-off date is December 23, 2010.

The December 15, 2011 Final Pretrial Conference and February 13, 2012 Bench Trial are confirmed.

Dated: July 7, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE