1  CHAPMAN, POPIK & WHITE, LLP
   John Heller, State Bar No. 129901
2  Duncan MacDonald, State Bar No. 148684
   650 California Street, 19th Floor
3  San Francisco, CA  94108
   Telephone: (415) 352-3000
4  Facsimile:  (415) 352-3030

5  Attorneys for Defendant
   REFINER PRODUCTS MANUFACTURING, INC.

6

7

8              UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10 | SIERRAPINE, a California Limited | Case No.: 2:08-cv-02144-MCE-KJN
   | Partnership, |
11 | | STIPULATION RE EXTENSION OF
   | Plaintiff, | EXPERT DEPOSITION AND MOTION
12 | | DEADLINES; ORDER
   | v. |
13 | | Complaint Filed:  August 4, 2008
   | REFINER PRODUCTS |
14 | MANUFACTURING, INC., a North Carolina |
   | Corporation, and DOES 1-10, inclusive, |
15 | |
   | Defendants. |
16 | |

17

18       WHEREAS, the parties have disclosed experts and begun expert discovery;

19       WHEREAS, defendant Refiner Products Manufacturing, Inc. ("RPM") has objected to

20 plaintiff SierraPine's rebuttal designation of experts, and the parties are seeking the Court's

21 guidance on this issue;

22       WHEREAS, the parties have agreed it makes sense to defer depositions of the rebuttal

23 experts until after the parties have received court guidance on this issue;

24       WHEREAS, the parties also need additional time to complete some of the expert

25 discovery due to scheduling conflicts for counsel and the witnesses;

26       NOW THEREFORE, the parties, by and through their counsel of record, HEREBY

27 STIPULATE and request Pursuant to Federal Rules of Civil Procedure Rule 29 that the expert

28 deposition deadline and motion cutoff be extended as follows:

PDF created with pdfFactory trial version www.pdffactory.com

1    Deadline for Expert Depositions:                    December 29, 2010

2    Motion Cutoff Date:                                 August 11, 2011

3         The parties do not anticipate that these extensions shall interfere with the Court's

4    scheduling of trial.

5    Dated: _____          DUN & MARTINEK, LLP

6

7                                     By:____/s/ Shelley Addison_____
                                          Shelley C. Addison

8                                     Attorneys for Plaintiff SIERRAPINE, A CALIFORNIA
                                      LIMITED PARTNERSHIP.

9

10   Dated: _____          CHAPMAN, POPIK & WHITE, LLP

11

12                                    By:_____/s/ Duncan MacDonald_____
                                          Duncan MacDonald

13                                    Attorneys for Defendant REFINER PRODUCTS
                                      MANUFACTURING, INC.

14

15                                    **ORDER**

16        Based on the stipulation of the parties and good cause appearing,

17        IT IS ORDERED that the new deadline for completion of expert depositions is December

18   29, 2010 and the new motion cut-off date is August 11, 2011.

19

20   Dated:  November 12, 2010

21

22                                    _____
                                      MORRISON C. ENGLAND, JR

23                                    UNITED STATES DISTRICT JUDGE

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com