DAVID H. DUN, SBN 70711
SHELLEY C. ADDISON, SBN 178846
DUN & MARTINEK LLP
2313 I STREET (95501)
P.O. BOX 1266
EUREKA, CA 95502
Telephone: (707) 442-3791
Facsimile: (707) 442-9251
sca@dunmartinek.com

DOWNEY BRAND LLP
M. MAX STEINHEIMER (Bar No. 52830)
TREVEN I. TILBURY (Bar No. 210052)
WILLIAM R. WARNE (Bar No. 141280)
MICHAEL J. THOMAS (Bar No. 172326)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
msteinheimer@downeybrand.com
ttilbury@downeybrand.com
bwarne@downeybrand.com
mthomas@downeybrand.com

Attorneys for Plaintiff
SIERRAPINE, a California limited partnership

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

SIERRAPINE, a California Limited Partnership,

Plaintiff,

v.

REFINER PRODUCTS MANUFACTURING, INC., a North Carolina Corporation, and DOES, 1-10, INCLUSIVE

Defendant.

Case No.: 2:08-CV-02144-MCE-KJN

DISMISSAL WITH PREJUDICE AND STIPULATION; ORDER

Sierra Pine and Refiner Products Manufacturing have agreed and hereby stipulate that the above-entitled lawsuit shall be dismissed with prejudice. The parties have also agreed and hereby

stipulate, subject to Court approval, that this Court shall maintain jurisdiction over this action until all obligations set forth in that certain "Settlement Agreement and Release" executed by the parties and effective as of September 26, 2012, have been fully performed and satisfied

Dated: November 6, 2012

DUN & MARTINEK LLP

/s/ Shelley C. Addison_
Shelley C. Addison, Attorney
for Plaintiff SIERRAPINE, A CALIFORNIA LIMITED PARTNERSHIP

Dated: November 6, 2012

DOWNEY BRAND LLP

/s/ M. Max Steinheimer (as authorized on 10/25/12)
M. Max Steinheimer, Attorney
for Plaintiff SIERRAPINE, A CALIFORNIA LIMITED PARTNERSHIP

Dated: November 6, 2012

ROGERS JOSEPH O'DONNELL

/s/ John G. Heller
John G. Heller, Attorney
for Defendant, REFINER PRODUCTS MANUFACTURING, INC

ORDER

Based on the stipulation of the parties and good cause appearing,

IT IS SO ORDERED that the case be dismissed with prejudice and that the Court shall maintain jurisdiction over this action until all obligations set forth in the "Settlement Agreement and Release" executed by the parties have been fully performed and satisfied. The Clerk of the Court is directed to close the file.

Dated: November 6, 2012

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE